IN THE UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EULALIA TERCERO BAUTISTA, Individually, and as Surviving Spouse of Victor Lopez Escobar, Deceased; and ROGER A. KIRSCHENBAUM, as Administrator of the Estate of Victor Lopez Escobar, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>URS MIDWEST, INC. d/b/a UNITED ROAD; HARVEY HARRISON MCKENZIE; AECOM TECHNICAL SERVICES, INC.; FREDERICK KELLEY; and JOHN DOE,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br><br>REMOVED FROM THE STATE COURT OF GWINNETT COUNTY CIVIL ACTION FILE NO. 22-C-02441-S6 |

### DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division:

COMES NOW, **URS MIDWEST, INC. d/b/a UNITED ROAD and HARVEY HARRISON MCKENZIE** (hereinafter "Defendants"), and file the

following Notice of Removal to United States District Court, showing the Court as follows:

1. This civil action was filed on or about May 2, 2022 in the State Court of Gwinnett County, State of Georgia. That action is designated there as Civil Action File No.: 22-C-02441-S6. Defendants received notice of this suit for the first time on May 4, 2022. Defendants acknowledged service on May 6, 2022. This notice of removal is timely filed.

2. Defendants file herewith a copy of all process, pleadings, and orders received by Defendant in Civil Action File No.: 22-C-02441-S6, pursuant to 28 USC §1446.

3. Defendant URS Midwest, is now, was at the commencement of Civil Action File No.: 22-C-02441-S6, and at all times since has been an entity organized and existing under the laws of the Delaware. (Compl. ¶ 6).

4. Defendant URS Midwest's Principal Office at the time of filing of Civil Action File No.: 22-C-02441-S6, and at all times since has been located in Michigan. (Compl. ¶ 6).

5. Defendant Harvey McKenzie was at the commencement of Civil Action File No.: 22-C-02441-S6, and at all times since has been a citizen and resident of the State of South Carolina. (Compl. ¶ 8).

6. Defendant AECOM Technical Services, is now, was at the commencement of Civil Action File No.: 22-C-02441-S6, and at all times since has been an entity organized and existing under the laws of the California with its Principal Office in California. (Compl. ¶ 10).

7. Defendant Fredrick Kelly was at the commencement of Civil Action File No.: 22-C-02441-S6, and at all times since has been a citizen and resident of the State of Georgia. (Compl. ¶ 12).

8. Upon information and belief, Plaintiff Eulalia Tercero Bautista is an individual residing in the State of Tennessee. (Compl. ¶ 3).

9. Upon information and belief, Decedent was an individual residing in the State of Tennessee at the time of his death.

10. The action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by the Defendant pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq., in that there is complete diversity among the Parties, the Parties are not residents of the same State, and Plaintiff has alleged an amount in excess of $75,000.00, therefore the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

11. Defendants attach hereto a copy of the Summons and Complaint in State Court of Gwinnett County, State of Georgia, marked as Exhibit "A".

12. Defendants attach hereto a copy of Defendants' Notice of Removal which has been sent for filing in the State Court of Gwinnett County, marked as Exhibit "B".

13. All served Defendants consent to this removal.

14. To Defendants' knowledge, and as shown on the Gwinnett County docket, no other Defendants have been served.

WHEREFORE, Defendant prays that the above action now pending against it in the State Court of Gwinnett County, State of Georgia, be removed to this Court.

This 6th day of May, 2022.

                                             **HALL BOOTH SMITH, P.C.**

                                             */s/ Paul E. Petersen*
                                             SCOTT H. MOULTON
                                             Georgia Bar No. 974237
                                             PAUL E. PETERSEN III
                                             Georgia Bar No. 791066
                                             *Counsel for Defendants*
                                             *URS and McKenzie*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-5000
(404) 954-5020 Fax
smoulton@hallboothsmith.com
ppetersen@hallboothsmith.com
**DEFENDANT DEMANDS**
**TRIAL BY JURY**

# IN THE UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EULALIA TERCERO BAUTISTA, Individually, and as Surviving Spouse of Victor Lopez Escobar, Deceased; and ROGER A. KIRSCHENBAUM, as Administrator of the Estate of Victor Lopez Escobar, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>URS MIDWEST, INC. d/b/a UNITED ROAD; HARVEY HARRISON MCKENZIE; AECOM TECHNICAL SERVICES, INC.; FREDERICK KELLEY; and JOHN DOE<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br><br>REMOVED FROM THE STATE COURT OF GWINNETT COUNTY CIVIL ACTION FILE NO. 22-C-02441-S6 |

## CERTIFICATE OF SERVICE

I hereby certify that on  this day I have served a copy of the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter by depositing same in the U.S. Mail, proper postage prepaid, addressed to counsel of record and/or filing said document with the CM/ECF system which will automatically send electronic

notification to the following:

Jeff P. Shiver
Marla M. Eastwood
Shiver Hamilton LLC
3490 Piedmont Road Suite 640
Atlanta, GA 30305, United States
jeff@shiverhamilton.com
Marla@shiverhamilton.com

Paul L. Roman
The Grant Building, Suite 203
44 Broad Street, NW
Atlanta, GA 30303
promanesq@gmail.com

AECOM Technical Services, Inc.
c/o CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046-4805

Frederick Kelley
490 Frontier Road
Jasper, GA 30143

This 6th day of May, 2022.

                                          **HALL BOOTH SMITH, P.C.**

                                          */s/ Paul E. Petersen*
                                          SCOTT H. MOULTON
                                          Georgia Bar No. 974237
                                          PAUL E. PETERSEN III
                                          Georgia Bar No. 791066
                                          *Counsel for Defendants*
                                          *URS and McKenzie*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-5000
(404) 954-5020 Fax
smoulton@hallboothsmith.com
ppetersen@hallboothsmith.com
**DEFENDANT DEMANDS TRIAL BY JURY**

74490830-1
8879-0009