E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-02441-S6**

**5/2/2022 3:51 PM**
**TIANA P. GARNER, CLERK**

# IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

|  |  |  |
|---|---|---|
| EULALIA TERCERO BAUTISTA, Individually and as Surviving Spouse of Victor Lopez Escobar, Deceased; and ROGER A. KIRSCHENBAUM, as Administrator of the Estate of Victor Lopez Escobar, Deceased, | ) ) ) ) ) ) | CIVIL ACTION FILE NO. _____ |
| Plaintiffs, | ) ) | 22-C-02441-S6 |
| v. | ) ) | |
| URS MIDWEST, INC. d/b/a UNITED ROAD; HARVEY HARRISON MCKENZIE; AECOM TECHNICAL SERVICES, INC.; FREDERICK KELLEY; and JOHN DOE, | ) ) ) ) ) | |
| Defendants. | ) | |

## <u>COMPLAINT FOR PERSONAL INJURY AND WRONGFUL DEATH</u>

COME NOW Eulalia Tercero Bautista, Individually and as Surviving Spouse of Victor Lopez Escobar, Deceased, and Roger A. Kirschenbaum, as Administrator of the Estate of Victor Lopez Escobar, Deceased, and file this Complaint for Personal Injury and Wrongful Death against URS Midwest, Inc. d/b/a United Road; Harvey Harrison McKenzie; AECOM Technical Services, Inc.; Frederick Kelley; and John Doe. Through this Complaint, Plaintiffs intend to bring every permissible estate claim and wrongful death claim under Georgia law arising out of the death of Victor Lopez Escobar.

## INTRODUCTION

### 1.

This is an action for wrongful death and survival/estate damages arising out of a fatal tractor-trailer collision that occurred on September 20, 2021 on I-75 south in Whitfield County, Georgia.

**EXHIBIT A**

2.

As a direct result of this collision, Victor Lopez Escobar suffered severe and painful personal injuries and died on September 20, 2021.

## PARTIES, JURISDICTION AND VENUE

3.

Plaintiff Eulalia Tercero Bautista is the surviving spouse of Victor Lopez Escobar and is the proper party to bring this wrongful death action. Plaintiff is a citizen of the State of Tennessee.

4.

Plaintiff Roger A. Kirschenbaum is the anticipated Administrator of the Estate of Victor Lopez Escobar and, once formally appointed, is the proper party to bring this action on behalf of the Estate of Victor Lopez Escobar.

5.

Plaintiffs state their intention to bring each and every claim permissible under Georgia law and to seek all special damages, economic losses, pain and suffering, and all compensatory, special, actual, general and punitive damages permissible under Georgia law.

6.

Defendant URS Midwest, Inc., d/b/a United Road ("United Road") is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Michigan. Defendant United Road may be served with process by delivering a summons and copy of this Complaint to its registered agent, Corporate Creative Network, Inc., at 28175 Haggerty Road, Novi, Michigan 48377. United Road is subject to the jurisdiction of this Court.

7.

Defendant United Road has been properly served with process in this action.

EXHIBIT A

8.

Defendant Harvey Harrison McKenzie is a non-resident motorist whose last known address is 7681 Neeses Highway, Springfield, South Carolina 29146. Defendant McKenzie may be served with process at his residence. Defendant McKenzie is subject to the jurisdiction of this Court.

9.

Defendant McKenzie has been properly served with process in this action.

10.

Defendant AECOM Technical Services, Inc. ("AECOM") is a corporation organized and existing under the laws of the State of California. AECOM is registered to do business in Georgia and may be served with process by delivering a summons and copy of this Complaint to its registered agent, CT Corporation System, at 289 S. Culver Street, Lawrenceville, Gwinnett County, Georgia 30046-4805.

11.

Defendant AECOM has been properly served with process in this action.

12.

Defendant Frederick Kelley is a resident of the State of Georgia and may be served at his residence address of 490 Frontier Road, Jasper, Pickens County, Georgia 30143. Defendant Kelley is subject to the jurisdiction of this Court.

13.

Defendant Kelley has been properly served with process in this action.

14.

Defendant John Doe is heretofore unknown to Plaintiffs and may be named as a party to this action by future amendment. Defendant John Doe is an agent or employee of Defendant

EXHIBIT A

AECOM and participated in setting up an exit ramp closure in the area of the subject collision. Defendant John Doe, whose address and identity are unknown to Plaintiffs at this time, is subject to the jurisdiction of this Court and will be served with process as soon as practicable. Once the unknown Defendant becomes known, Plaintiffs will amend their Complaint.

15.

Venue is proper in this Court as to all Defendants pursuant to O.C.G.A. §§ 9-10-31, 9-10-91, 9-10-93 and 14-2-510.

16.

Jurisdiction is not proper in federal court, either originally or by removal, because Defendant Kelley is a citizen of the State of Georgia, and thus, removal on the basis of diversity of citizenship is not proper pursuant to 28 U.S.C. § 1441(b)(2), and because the claims asserted in this action are state law claims.

**FACTUAL ALLEGATIONS**

17.

On September 20, 2021, at approximately 2:40 p.m., Plaintiff's decedent, Victor Lopez Escobar, was traveling south on I-75 in his 2015 Ford Fusion as he approached Exit 328 on his way to work.

18.

At that time and place, Defendant McKenzie was operating a 2013 Western Star tractor and was pulling an empty car trailer some distance behind and in the same lane as Victor Lopez Escobar.

19.

At all times relevant to this action, Defendant McKenzie was an agent and/or employee of

4

EXHIBIT A

Defendant United Road and was acting within the course and scope of his employment/agency. Defendant United Road is liable to Plaintiffs for the negligent acts and omissions of McKenzie under the doctrines of *respondeat superior* and/or agency.

20.

At that time and place, the weather conditions were rainy.

21.

Since approximately 10:00 a.m. that morning, the ramp to Exit 328 was closed by a Coordinated Highway Assistance and Maintenance Program ("CHAMP") vehicle operated by Defendant AECOM through its employees Defendant Kelley and/or Defendant John Doe. The CHAMP vehicle was parked on the shoulder north of the ramp with flashing amber lights activated and a changeable message board mounted on the rear with alternating messages of "lane closed" and a left-pointing arrow. Orange cones were placed across the entry to the ramp.  These were the first and only indications to motorists that Exit 328 was closed.

22.

At all times relevant to this action, Defendants Kelley and John Doe were agents and/or employees of Defendant AECOM and were acting within the course and scope of their employment/agency. Defendant AECOM is liable to Plaintiffs for the negligent acts and omissions of Kelley and/or John Doe under the doctrines of *respondeat superior* and/or agency.

23.

Neither Defendant Kelley nor Defendant John Doe placed any advance warning signs north of the exit closure to warn approaching motorists of the conditions ahead, contrary to standards and guidelines applicable to traffic control and traffic incident management areas, including, but not limited to, Part 6 of the Manual on Uniform Traffic Control Devices.

24.

As Defendant McKenzie approached Exit 328, he did not slow his speed.

25.

Defendant McKenzie's tractor-trailer collided with the rear of Victor Lopez Escobar's Ford Fusion at a high rate of speed.

26.

Victor Lopez Escobar eventually died due to injuries sustained in the collision.

27.

Victor Lopez Escobar exercised ordinary care and was not negligent in any way leading up to the collision.

28.

Victor Lopez Escobar was an innocent victim.

29.

Victor Lopez Escobar experienced pre-death fright, terror, pain and suffering.

30.

As a result of the subject collision, which was proximately caused by the negligence of Defendants, Victor Lopez Escobar suffered significant physical, mental, and emotional injuries and ultimately death, for which Plaintiffs are entitled to recover under the law. All Defendants are liable to Plaintiffs for these damages.

## COUNT I – NEGLIGENCE & NEGLIGENCE *PER SE* AS TO DEFENDANTS UNITED ROAD AND MCKENZIE

31.

On the date of this collision, McKenzie owed a duty of care to the public in general, and to Victor Lopez Escobar, deceased, in particular, to operate United Road's vehicle in a safe,

reasonable and prudent manner at all times.

32.

McKenzie breached his duty of care in at least the following ways:

a.  Driving too fast for conditions, in violation of Georgia law, including O.C.G.A. § 40-6-180, which amounts to both ordinary negligence and negligence *per se*;

b.  In failing to make reasonable and proper observations while driving;

c.  In driving without keeping a proper lookout ahead, in violation of O.C.G.A. § 40-6-241, which amounts to both ordinary negligence and negligence *per se*;

d.  In driving without due caution and in a manner so as to endanger the person and/or property of others in the immediate vicinity in violation of O.C.G.A. § 40-6-241, which amounts to both ordinary negligence and negligence *per se*;

e.  In driving in reckless regard for the safety of persons and/or property in violation of O.C.G.A. § 40-6-390, which amounts to both ordinary negligence and negligence *per se*; and

f.  For all other acts of negligence as may be shown at trial.

33.

As the direct and proximate result of the breaches by McKenzie set forth above, Victor Lopez Escobar was injured and ultimately died.

34.

The death of Victor Lopez Escobar was proximately caused by the negligence of McKenzie.

35.

Defendant McKenzie is liable, along with Defendant United Road, for the injuries,

**EXHIBIT A**

damages and death of Victor Lopez Escobar sustained as a result of Defendants' negligence, which damages will be determined by the enlightened conscience of an impartial jury based upon the evidence at trial.

36.

Defendant United Road is liable under the doctrine of *respondeat superior* or vicarious liability for the tortious acts and omissions of its agents or employees, including McKenzie.

## COUNT II – NEGLIGENT SUPERVISION, RETENTION, AND/OR ENTRUSTMENT AS TO DEFENDANT UNITED ROAD

37.

Defendant United Road negligently supervised, retained and entrusted motor vehicle operation responsibilities to McKenzie.

38.

Defendant United Road negligently failed to implement and utilize proper procedures to evaluate and monitor McKenzie's fitness to drive a commercial motor vehicle.

39.

Defendant United Road was negligent in failing to promulgate adequate policies, procedures, and rules for the protection of the public, including but not limited to Victor Lopez Escobar.

40.

Defendant United Road failed to enforce or follow company policies, procedures and rules for the protection of the pubic, including but not limited to Victor Lopez Escobar.

41.

Defendant United Road knew or should have known McKenzie was not fit to drive.

EXHIBIT A

42.

Because Defendant United Road knew or reasonably should have known McKenzie was an unfit and dangerous driver, Defendant United Road is liable for the negligent supervision, retention and/or entrustment.

## COUNT V – NEGLIGENCE AS TO DEFENDANTS AECOM, KELLEY AND JOHN DOE

43.

On the date of this collision, Defendant AECOM had a contract with the Georgia Department of Transportation (GDOT) to provide Roadside Assistance and Maintenance services in the geographical area that included the area of the subject collision.

44.

The scope of AECOM's services included responding to motor vehicle incidents and providing traffic control as necessary, as well as coordinating and communicating with GDOT district forces and GDOT 511 personnel regarding incident response and real time operations of non-Atlanta interstates.

45.

Defendants AECOM, Kelley and John Doe owed a duty of care to the public in general, and to Victor Lopez Escobar, deceased, in particular, to perform these services in compliance with generally accepted standards and guidelines applicable to traffic control zones and traffic incident management areas.

46.

Defendants AECOM, Kelley and John Doe owed a duty of care to the public in general, and to Victor Lopez Escobar, deceased, in particular, to perform these services in a manner that reduced the potential for secondary crashes by providing advance warning to the motoring public

of the conditions ahead.

47.

Defendants Kelley and/or John Doe negligently failed to set up the traffic incident management area in compliance with standards and guidelines applicable to traffic control zones and traffic incident management areas, including, but not limited to, their failure to place advance warnings north of the exit closure to warn approaching motorists of the real time conditions ahead.

48.

Defendants Kelley and/or John Doe, along with Defendant AECOM should have placed warnings further north of Exit 328 to warn motorists, including McKenzie and Lopez, that traffic may slow or stop because the exit was completely closed.

49.

Defendants Kelley and/or John Doe, along with Defendant AECOM should have placed warnings further north of Exit 328 to warn motorists, including McKenzie and Lopez, that the exit was closed.

50.

Defendants Kelley and or John Doe, along with Defendant AECOM's failure to provide advanced warning of the exit closure created a confusing and dangerous situation.

51.

Defendants Kelley and/or John Doe are liable, along with Defendant AECOM, for the injuries, damages and death of Victor Lopez Escobar sustained as a result of Defendants Kelley and John Doe's negligence, which damages will be determined by the enlightened conscience of an impartial jury based upon the evidence at trial.

EXHIBIT A

52.

Defendant AECOM is liable under the doctrine of *respondeat superior* or vicarious liability for the tortious acts and omissions of its agents or employees, including Kelley and John Doe.

53.

Plaintiffs' claims herein are for ordinary negligence. However, in an abundance of caution, to the extent any claims herein require it, the expert Affidavit of Herman A. Hill, P.E., is attached hereto as Exhibit A, in full compliance with O.C.G.A. § 9-11-9.1.

## COUNT VI – ATTORNEYS' FEES & LITIGATION EXPENSES PURSUANT TO O.C.G.A. § 13-6-11 AS TO DEFENDANTS MCKENZIE AND UNITED ROAD

54.

The acts and omissions of Defendants evidence a species of bad faith, were and are stubbornly litigious, and have caused Plaintiffs undue expense. Plaintiffs are entitled to recover the necessary expenses of litigation, including an award of reasonable attorneys' fees and expenses required by this action, pursuant to O.C.G.A. § 13-6-11, as well as any other statutory or common law basis.

## COUNT VII – PUNITIVE DAMAGES AS TO DEFENDANTS MCKENZIE AND UNITED ROAD

55.

Plaintiffs are entitled to an award of punitive damages against Defendants. Plaintiff Roger A. Kirschenbaum, as the Administrator of the Estate of Victor Lopez Escobar, seeks to recover punitive damages from each of the Defendants, in accordance with the enlightened conscience of an impartial jury.

56.

McKenzie's actions and omissions show willfulness, malice, wantonness, recklessness, or

EXHIBIT A

conscious indifference to consequences. Plaintiff Roger A. Kirschenbaum accordingly seeks punitive damages against Defendants McKenzie and United Road pursuant to O.C.G.A. § 51-12-5.1(b).

57.

Defendant United Road is directly liable for punitive damages for its own conscious indifference to risks McKenzie posed as a commercial driver. Defendant United Road is also vicariously liable for punitive damages awarded against McKenzie, who was at all relevant times in the course and scope of his agency or employment for United Road.

58.

Kelley and/or John Doe's actions and omissions show willfulness, malice, wantonness, recklessness, or conscious indifference to consequences. Plaintiff Roger A. Kirschenbaum accordingly seeks punitive damages against Defendants Kelley, John Doe and AECOM pursuant to O.C.G.A. § 51-12-5.1(b).

59.

Defendant AECOM is vicariously liable for punitive damages awarded against Kelley and John Doe, who were at all relevant times in the course and scope of their agency or employment for AECOM.

## **DAMAGES**

60.

Plaintiff Eulalia Bautista Tercero, as Surviving Spouse of Victor Lopez Escobar, claims damages for the wrongful death of Victor Lopez Escobar, the measure of which is the full value of the life of Victor Lopez Escobar, including all economic and non-economic elements.

61.

As the Administrator of Victor Lopez Escobar estate, Plaintiff Roger A. Kirschenbaum seeks damages for personal injury, fright, terror, pain, suffering, funeral and burial, medical expenses, and punitive damages, as supported by the evidence.

62.

Plaintiffs state their intention to seek all compensatory, special, economic, consequential, general, punitive and all other damages permissible under Georgia law, including but not limited to:

a. Personal injuries;

b. Pain and suffering;

c. Mental anguish, fright, shock and terror, both pre- and post-impact;

d. Loss of the enjoyment of life;

e. Wrongful death;

f. Funeral and burial expenses;

g. Lost earning capacity;

h. Lost capacity to labor;

i. Incidental expenses;

j. Medical expenses;

k. Consequential damages to be proven at trial;

l. Attorney fees and expenses of litigation; and

m. Punitive damages.

63.

WHEREFORE Plaintiffs pray for the following relief:

EXHIBIT A

a.  A trial by jury on all issues in this case;

b.  That summons issue requiring the Defendants to appear as provided by law to answer this Complaint for Damages;

c.  That judgment be entered in favor of Plaintiffs and against Defendants;

d.  That Plaintiffs have and recover all damages for all losses compensable under Georgia law as set forth above;

e.  That all attorneys' fees, expenses, and costs be cast against the Defendants;

f.  That service be had on the Defendants as provided by law; and

g.  For such other and further relief as the Court deems just and proper.

Respectfully submitted,

**SHIVER HAMILTON CAMPBELL, LLC**

*/s/ Jeff P. Shiver*
Jeff P. Shiver
Georgia Bar No. 001303
jeff@shiverhamilton.com
Marla M. Eastwood
Georgia Bar No. 237701
marla@shiverhamilton.com
***Counsel for Plaintiffs***

3490 Piedmont Road
Suite 640
Atlanta, Georgia 30305
(404) 593-0020

*/s/ Paul L. Roman*
Paul L. Roman
Georgia Bar No. 592878
Promanesq@gmail.com
***Counsel for Plaintiffs***

The Grant Building, Suite 203
44 Broad Street, NW
Atlanta, Georgia 30303
(404) 522-2900

**EXHIBIT A**

**EXHIBIT "A"**

EXHIBIT A

STATE OF GEORGIA

COUNTY OF PAULDING

## AFFIDAVIT OF HERMAN A. HILL, P.E., P.T.O.E.

PERSONALLY APPEARED before the undersigned officer duly authorized to administer oaths, HERMAN A. HILL, P.E., who after being duly sworn, deposes on oath and states as follows:

1.

My name is Herman A. Hill, P.E.  I am a registered professional engineer in the States of Georgia, Alabama and South Carolina.  I am also a certified traffic operations engineer.  I am over the age of majority and otherwise competent to give this Affidavit. This Affidavit is based upon my own personal knowledge.

2.

I received a Bachelor's degree in civil engineering from the Georgia Institute of Technology in 1964.  I received a Master's degree in civil engineering from the Georgia Institute of Technology in 1965.  I also received a Master's degree in public administration from Brenau Professional College in 1986.  My curriculum vitae is attached hereto as Exhibit "A."

3.

I was employed as a transportation engineer by the Georgia Department of Transportation ("GDOT") from 1965 through 1980.  During my last eight years at GDOT, I occupied the position of Assistant State Traffic Engineer with responsibility for studies, planning, analysis, data collection, report writing, programming, and the design of federally funded safety programs for intersections, railroad crossings, traffic signals and

**EXHIBIT A**

other capacity/safety deficient locations.  Thereafter I was employed as the Public Works Director of Floyd County responsible for all types of county road maintenance, construction, drainage and paving, and then I spent a number of years in local government management.  I have been involved in transportation engineering consulting since 1992.  I have had extensive education, training and experience in the area of traffic and transportation engineering, including traffic operations and traffic control, including traffic incident management. This experience includes substantial study, application and use of the Manual on Uniform Traffic Control Devices ("MUTCD"), Part 6, and other standards, publications, studies and documents regarding traffic control, including traffic incident management.

4.

I have reviewed numerous documents and materials relating to a fatal motor vehicle collision that occurred on September 20, 2021 on I-75 south in Whitfield County, Georgia, at approximately 2:40 p.m., including, but not limited to, the following:  accident report prepared by the Georgia State Patrol, Agency Case Number C000794754-01; dash cam video related to same; report of the Specialized Collision Reconstruction Team (case number SCRTA-077-21); photographs of the subject incident and scene; contract between Georgia Department of Transportation ("GDOT") and AECOM Technical Services, Inc. pursuant to the Roadside Assistance and Maintenance Program (Agreement ID: 48400-410-DOT0000472); the prior accident report of the same date prepared by the Georgia State Patrol, Agency Case Number C000794931-01 and related dash cam video; and numerous GDOT records concerning the subject incident.

2
EXHIBIT A

5.

Based upon my review of the above-mentioned records, as well as my education, training and experience, I state the following facts and opinions.

6.

AECOM Technical Services, Inc. ("AECOM") entered into a contract in October 2016 with GDOT to provide Roadside Assistance and Maintenance pursuant to the Coordinated Highway Assistance and Maintenance Program ("CHAMP"). CHAMP is GDOT's roadside assistance and maintenance program covering interstates outside of Metro Atlanta (except I-59 and I-24), which includes I-75 outside of Metro Atlanta. AECOM and GDOT renewed their contract several times, and it was in effect on September 20, 2021 at the time of the subject wreck.

7.

The scope of AECOM's services included responding to motor vehicle incidents and providing traffic control as necessary, as well as coordinating and communicating with GDOT district forces and GDOT 511 personnel regarding incident response and real time operations of non-Atlanta interstates.

8.

On September 20, 2021, at approximately 3:13 a.m., a tractor trailer carrying crates of empty bottles traveling south on I-75 exited the interstate at Exit 328 and drove off the ramp onto the west shoulder to park. The tractor trailer tipped over onto its right side. Law enforcement, and later a wrecker service and an AECOM CHAMP vehicle operator, arrived at the scene. The decision was made to wait until after 9:00 a.m. to upright the

**EXHIBIT A**

tractor trailer, and that Exit 328 would be closed while the wrecker service worked to unload the trailer and upright it.

9.

An AECOM operator identified as CHAMP 641 (referred to hereinafter as "John Doe" or "Doe") reported to the area of Exhibit 328 after 9:45 a.m. to close the exit. John Doe placed orange cones across the entry to the ramp to block traffic from entering the ramp. John Doe reported to GDOT 511 that Exit 328 was closed at 9:58 a.m.

10.

At approximately 2:14 p.m., AECOM employee Frederick Kelley (identified as CHAMP 631) relieved John Doe. Kelley parked his CHAMP vehicle on the shoulder north of the Exit 328 ramp with flashing amber lights activated and a changeable message board mounted on the rear. The alternating message on the changeable message board read "lane closed" and a left-pointing arrow. These were the first and only indications to motorists that Exit 328 was closed at that time.

11.

At approximately 2:40 p.m., Victor Lopez Escobar was driving a 2015 Ford Fusion south on I-75 approaching Exit 328. The conditions were rainy. As he neared Exit 328 and Kelley's CHAMP vehicle, he appropriately slowed his speed. A tractor trailer owned by URS Midwest, Inc. and driven by Harvey Harrison McKenzie collided with the back of Victor Lopez Escobar's car. Mr. Lopez died as a result of the collision.

12.

On September 20, 2021, Defendants AECOM, Frederick Kelley and John Doe were responsible for implementing and properly operating the closure of Exit 328 in accordance

**EXHIBIT A**

with Part 6 of the MUTCD and reasonably prudent traffic control and traffic incident management standards and guidelines. On that date, AECOM, Kelley and Doe failed to take appropriate and adequate measures to warn approaching motorists on I-75 south of the closure of Exit 328. One negligent act was AECOM, Kelley and Doe's failure to erect advance warning signs farther north of the exit closure to provide approaching motorists advance notice of the exit closure and traffic conditions ahead. This closure of an exit on an interstate highway was an unusual and unexpected traffic condition that had the potential for causing surprise and confusion, slowing traffic, and causing secondary crashes. Reasonable and prudent traffic control and traffic incident management should have included advance warning signs well in advance of the closure, which AECOM, Kelley and Doe failed to provide.

13.

The foregoing acts and omissions of AECOM, Kelley and Doe caused or contributed to cause the collision, which resulted in Victor Lopez Escobar's death.

14.

This Affidavit is given in order to comply with the requirements of O.C.G.A. § 9-11-9.1, which requires that at least one act of negligence be specified in order to file a Complaint. It is not intended to encompass all of the opinions held by me at this time. I reserve the right to modify or alter these opinions or form additional or different opinions based on information developed during the course of discovery in this case.

[SIGNATURE ON FOLLOWING PAGE]

**EXHIBIT A**

FURTHER THE AFFIANT SAYETH NOT.

_____
HERMAN A. HILL, P.E., P.T.O.E.

SWORN TO AND SUBSCRIBED BEFORE ME,

THIS __29th__ DAY OF __April_____, 2022.

_____
SIGNATURE OF NOTARY PUBLIC
My Commission Expires:

6

**EXHIBIT A**

## HERMAN A. HILL,  P.E., P.T.O.E.



**HERMAN HILL & ASSOCIATES PC**
**137 Willow Creek Trail**
**Dallas, Georgia  30132-2170**
**770-489-8690**

## EDUCATION:
- ◆ Bachelor of Civil Engineering
     Georgia Institute of Technology
- ◆ Master of Science in Civil Engineering
     Georgia Institute of Technology
- ◆ Master of Science in Public Administration
     Brenau Professional College

## PROFESSIONAL ACTIVITIES:
Licensed PE: AL (#20592), AZ (#60259), FL (#89519), GA (#6553), LA (#37267),
    MO (#14074), MS (#30968), NC (#50486), SC (#27473), TN (#123814)
Certified Professional Traffic Operations Engineer, ITE, #322
Senior Member, National Academy of Forensic Engineers, #634S
    Board Certified in Forsensic Engineering,
ACTAR, Accredited Traffic Accident Reconstructionist, #663
National Committee on Uniform Traffic Control Devices - ITE Rep Associate
    Regulatory/Warning Signs Technical Committee; 1996-2021
Licensed Professional Drone Pilot, FAA, 2019
TRB ACP55, Traffic Contrrol Devices Committee
Guest lecturer at Traffic Engineering Seminars, Georgia Tech
Work Zone Traffic Controls Handbook, 1995
Former President of Georgia Section and Southeast United States District, ITE
Recipient of Marble Hensley Individual Activity Award by Southern District, ITE
Georgia Section, ITE, Chairman, Legislative Committee, 1994-2003
Chairman, Sponsor Committee, Ga Section ITE Summer Seminar, 2009-2013

## EXPERIENCE & EXPERTISE:
**1965 – 1980  Transportation Engineer, Georgia DOT.**
**Assistant State Traffic Engineer** for eight years with supervision for staff of section
    managers.  Responsible for studies, planning, analysis, data collection, report writing,
    programming, public presentation, design of federally funded safety programs for inter-
    sections, railroad crossings, traffic signals and other capacity/safety deficient locations.
    Coordinated program direction with Federal, State and local elected and appointed offi-
    cials.  First seven years were spent conducting operational and safety studies on the
    state highway system, assisting District Offices, review Urban & Rural Offices geometric
    plans, traffic opereation and safety assistance to local governments
- **Produced highway design plans for high accident location improvements.**
- **Organized and developed railroad signal design and study unit for
     defining hazardous crossings throughout state.**
- **Managed design of arterial and network signal systems**
- **Managed areawide traffic and safety studies for all major urban areas in
     Georgia**
- **Conducted spot, segment and network studies throughout the State**
- **Conducted freeway evaluation studies**
- **Administered traffic engineering design program for preparation of**

**EXHIBIT A**

Herman Hill, P.E.                                                                                                    April 29, 2022
Curriculum Vitae

    intersection and section improvements
- **Developed accelerated design procedures for traffic engineering projects**
- **Developed plans for statewide pavement marking program to provide operational improvement to local roads.**

### 1980-82  Co-Owner of Aviation Business

Started business specializing in air cargo; responsible for all personnel, financial, marketing, FAA coordination, maintenance, and scheduling.  Operated 12 twin-engine aircraft, 8 pilots, 3 mechanics and hanger

### 1983-86  Public Works Director, Floyd County

Responsible for all types of county road maintenance, construction, drainage, paving, work schedule, solid waste collection, county engineering, vehicle maintenance, building maintenance and inmate crew assignments.  Administration of subdivision regulations, solid waste permit system, land use planning and grant applications. Implemented computerized maintenance workflow system and vehicle maintenance system.  Public Works had workforce of ~ 165.

### 1986-92  Local Government  Manager

As City Manager and County Manager responsible for operation of all departments of local government ranging from 30 - 550 employees and $2 - 30 M budgets.

### 1992-1995  Transportation Engineering Consultant, Archie Burnham Associates

Perform engineering consulting services in a variety of traffic engineering and safety applications including accident analysis, traffic studies, traffic signal design, intersection design, zoning reviews, traffic access design.

### 1995 - Present
### Traffic Engineering & Accident Reconstruction Consultant
### Herman Hill & Associates
#### Traffic/Highway Engineering -
- **Engineering Analysis of Highway Design, Maintenance & Construction**
- **Assessment of Human Factors Elements in Highway Operations and Design**
- **Engineering Evaluation of Traffic Signal Operation & Performance, Computer**
- **Prepare Traffic Impact Studies and Rezoning for site development**
- **Engineering Evaluation of Street Lighting for Driver/Pedestrian Vision**
- **Prepare Design Plans for Traffic Signalization Projects**
- **Prepare analysis and field data for County speed zone recommendations**
- **Prepare Engineering Report of Forensic Conclusions, Basis, Opinions**
- **Engineering Calculations for Speed-Distance, Momentum, Energy Analysis**
- **Develop 3-D Computer Simulations of Forensic Events**
- **Conduct Field Measurements Using Total Station Equipment and Software**
- **Measurement of Surface Friction Using Computer Algorithms**
- **Analysis of NHTSA Crash Tests For Application to Given Event**
- **Field studies for sight distance using Total Station, GPS survey equipment**
- **EDR equipment download for vehicle data related to a crash event**
- **FAA Approved Drone Pilot Part 107 for documenting roadway features**


EXHIBIT A

Herman Hill, P.E.                                                                                     April 29, 2022
Curriculum Vitae

**Accident Reconstruction -**
  - **Auto, Truck, Pedestrian, Bicycle, Motorcycle, Railroad Collisions**
  - **Speed-Distance Computations and Depictions; Aerial Drone Video/Photos**
  - **Speed Calculations Using Momentum, Energy or Crush**
  - **Develop Computer Simulation Using PC CRASH, FARO Reality, Virtual Crash**
  - **Analysis of vehicle crush damage, movement and Delta V using PC CRASH**
  - **Download vehicle crash data using Bosch CDR Tools**
  - **Use of NHTSA crash test data by CD library; Multi-Source Program**
  - **Prepare Computerized Site Plans with AutoCad 3D 2021, AutoCad ReCap**
  - **TOPCON GLS 2000 Laser Scanner, computer 3D drawings/animations**
  - **Measurement of wreck sites with Sokkia SET 530R 3 Total Station System**
  - **Computerized Measurement of Pavement Surface Friction, Vericom VC-4000**

## PROFESSIONAL ORGANIZATIONS:

Institute of Transportation Engineers               Society of Automotive Engineers
National Academy of Forensic Engineers        National Society of Professional Engineers
Transportation Research Board                          American Public Works Association
National Association of Professional Accident Reconstruction Specialists (NAPARS)
American Society of Testing & Materials International (ASTM)
American Society of Civil Engineers (ASCE)   International Erosion Control Association

## VARIOUS TRAFFIC/HIGHWAY SEMINARS:

  - Improving Operational Safety on Local Roads, Georgia Tech Transfer, Feb, 2000
  - Georgia ITE 2000 MUTCD Seminar – Sept, 2000
  - Traffic Barrier/End Terminal Design, Auburn University, March, 2001
  - Basis of Soils with Geotechnical Applications, Auburn University, Aug, 2001
  - Millennium MUTCD Traffic Control, Auburn University, Nov, 2001
  - Georgia Quality Initiative Workshop, Dec 2001; Dec 2003; Dec 2007
  - Tort Liability for Public Agencies, Auburn University, Dec, 2002
  - Pavement Subsurface Drainage, Auburn University, Dec, 2002
  - Storm Water Design, Auburn University, Apr, 2003
  - Safety Analysis – Signalized Intersections, ITE, Dec, 2003
  - Practical Surveying Using GPS, Auburn University, Dec, 2004
  - Solutions Through Participation, District 5 ITE, April, 2005
  - Past/Future, Summer Conference, Ga Section ITE, July, 2005
  - Intersection Safety Audits, ITE, June, 2006
  - Intersection Safety Workshop, GA ITE, Jan, 2007
  - Traffic Operations Basics, Summer Conference, GaSection ITE, July 2007
  - Older Driver Safety Design Workshop, Nov 2007
  - What's Next in Transportation, Summer Conference, GaSection ITE, July 2008
  - NCUTCD Technical Signs Committee, 1996-2009
  - Public Works Management Seminar, UGA, Jan 2009
  - Crash Analysis Procedures for Intersections and Segments, ITE, Feb 2009
  - Intersection Sight Distance, ITE, March 2009
  - Presentations For Traffic Engineers, ITE, March 2009
  - Horizontal Curve Safety, ITE, April, 2009
  - Southern District ITE Conference, April, 2009
  - Standards of Practice for Surveying, Auburn University, June, 2009
  - Urban Intersection Design, ITE, July 2009
  - Ga Section ITE Summer Seminar, July 19-22, 2009
  - Mechanical Engineering Conference, Auburn University, Nov 8-9, 2009
  - National Committee on Uniform Traffic Contol Devices, Washington, Jan 6-8, 2010


EXHIBIT A

Herman Hill, P.E.
Curriculum Vitae

April 29, 2022

- Alabama Highway Conference, Auburn University, Feb 22-23, 2010
- ITE Technical Conference, Savannah, Ga, March 14-16, 2010
- Safely Home: Essentials of Pavement Friction, Auburn University, May 2010
- Traffic Signals and Accessible Pedestrian Signals, ITE, May 26, 2010
- National Committee on Uniform Traffic Contol Devices, Chicago, June 29-July 2, 2010
- Ga Section ITE Summer Seminar, July 19-21, 2010
- Ga Section ITE Sept Meeting – Cobb Co Transportation Mgmt Centre, Sept 9, 2010
- National Committee on Uniform Traffic Contol Devices, Washington, Jan 19-21, 2011
- Alabama Transportation Conference, Auburn University, Feb 22-23, 2011
- GDOT Maintenacne of ITS Hardware, Georgia Section ITE, March 2011
- ITE Moving Toward Zero Safety Conference, Orlando, Fla, April 3-6, 2011
- Southern District ITE Safety, Convenience & Efficiency Conference, April 10-13, 2011
- National Committee on Uniform Traffic Contol Devices, Boise, June 21-24, 2011
- Ga Section ITE Summer Seminar, July 17-20, 2011
- Diverging Diamond Interchange Workshop, Dec 2011
- National Committee on Uniform Traffic Control Devices, Washington, Jan 18-20, 2012
- Alabama Transportation Conference, Montgomery, AL, Feb 23-24, 2012
- National Committee on Uniform Traffic Control Devices, Orlando, June 19-22, 2012
- ASTM Committee E58, July 13, 2012
- ITE International  Annual Meeting, Aug 12-14, 2012
- National Committee on Uniform Traffic Control Devices, Washington, Jan 8-11, 2013
- Alabama Section ITE Summer Meeting, June 5-7, 2013
- Population Movements From Anonymous Mobile Signaling Data, GaSecITE, 0620/2013
- National Committee on Uniform Traffic Control Devices, Portland, Jun 25-28, 2013
- Ga Section ITE Summer Seminar, July 21-24, 2013
- Sustainable Pavements, Auburn University, Oct 2013
- National Committee on Uniform Traffic Control Devices, Washington, Jan 8-10, 2014
- SSITE Annual Meeting, Greensboro, Mar 30-Apr 2, 2014
- National Committee on Uniform Traffic Control Devices, Minneapolis, Jun 24-26, 2014
- Ga Section ITE Summer Seminar, July 20-23, 2014
- Flashing Yellow Arrow Webinar, ITE, July 23, 2014
- Intersection/Interchange Geometrics, FHWA/Auburn University, Aug 8, 2014
- National Committee on Uniform Traffic Control Devices, Washington, Jan 7-9, 2015
- Alabama Highway Conference, Feb 8-10, 2015
- National Committee on Uniform Traffic Control Devices, San Antonio, June 16-19, 2015
- Ga Section ITE Summer Seminar, July 19-21, 2015
- Laser Scanner, AutoCad Recap Seminar, September 17, 2015
- National Committee on Uniform Traffic Control Devices, Washington, Jan 5-8, 2016
- Alabama Transportation Conference, Feb 8-10, 2016
- National Committee on Uniform Traffic Control Devices, Savannah, June 8-10, 2016
- Ga Section ITE Summer Seminar, July 18-19, 2016
- Alabama Transportation Conference, Montgomery, AL, Feb 9-10, 2017
- National Committee on Uniform Traffic Control Devices, Pittsburg, June 27-30, 2017
- Ga Section ITE Summer Seminar, July 17-19, 2017
- National Committee on Uniform Traffic Control Devices, Washington, Jan 3-5, 2018
- American Society of Testing Materials, Committee E58, Jan 12, 2018
- Alabama Transportation Conference, Feb 12-13, 2018
- Southern District ITE Conference, Mobile, AL, April 9-10, 2018
- National Committee on Uniform Traffic Control Devices, Denver, Co, June 19-22, 2018
- Georgia Section ITE Summer Seminar, July 15-18, 2018, St Simons Island, GA
- National Committee on Uniform Traffic Control Devices, Washington, DC, Jan 9-11, 2019
- Alabama Transportation Conference, Feb 12-14, 2019
- Winter Workshop, Young Harris, March 3-4, 2019
- NSC Work Zone Taining Class, April 18-19, 2019, Assist Leader
- NSC Work Zone Training Class, May 29-30, 2019 Leader
- National Committee on Uniform Traffic Control Devices, Columbus, Ohio, June 18-21, 2019
- Ethics and Professionalism, Auburn University, Dec 7, 2019
- National Committee on Uniform Traffic Control Devices, Washington, D.C., Jan 8-10, 2020
- Georgia ITE Winter Workshop, Chattanooga, TN, March 8-9, 2020
- Florida Greenbook Workshop Series, Parts 1-6,  May 6 – June 4, 2020
- National Committee on Uniform Traffic Control Devices, Virtual Session, June 17-18, 2020

**EXHIBIT A**

Herman Hill, P.E.                                                                                    April 29, 2022
Curriculum Vitae

- Georgia ITE Summer Seminar, July 19-22, 2020, Virtual Online
- Traffic Signal Basics, FLTAP, August 5, 2020
- Foundations of Road Safety, FLTAP, Five Virtual Sessions, August-Sept, 2020
- National Committee on Uniform Traffic Control Devices, Virtual Sessions, Jan 11-15, 2021
- Transportation Research Board, Virtual Meeting, Jan 28, 2021
- National Committee on Uniform Traffic Control Devices, R/W Technical Committee, Jan 11, 12, Feb 8, 9, 10, 11, 24, March 2, 3, 4, 5, 8, 9, 23, April 13,
- Engineering Ethics Seminar, Louisiana Engineering Society, March 19, 2021
- Florida LTAP – Basis for Access Management, April 8, 2021
- FHWA – MUTCD and NPA Overview, April 22, 2021
- Federal Highway Administration, Local Agencies and Transportaion Improvement Program, April 28, 2021
- ASTM Committee E58 Meeting, Forensic Engineering, Aug 11, 2021
- Construction Stormwater Management, Auburn University, August 3, 2021
- Design Considerations Fundamentals of Geometreic Design, Part 1-4, Sept 3-Oct 3-8, 2021
- Study of Signalized Intersection Safety, FDOT LTAP, August 4, 2021
- Study of Unsignalized Intersection Safety FDOT LTAP, August 10, 2021
- Safety Analysis Webinar, FHWA, September 8, 2021
- Monthly Meeting of Georgia ITE Virtual mMeeting, September 16, 2021
- Interchange Safety Analysis, FHWA, September 22, 2021
- Road Diet Safety Webinar, FHWA, September 29, 2021
- Introduction and Update on Guardrail Design, Testing & Analysis, FL LTAP, September 24, 2021
- Joint Alabama/Georgia ITE Meeting, Virtual, Talladega, AL, October 12, 2021


## SEMINARS/CERTIFICATES:

- Accident Reconstruction Simulation - EDSMAC, Engineering Dynamics Corporation, 1993
- Accident Reconstruction Certificate, Northwestern University, Traffic Institute, 1994
- Tractor Trailer Vehicle Inspection & Accident Reconstruction, Texas A & M, 1996
- CAD Operator Certificate, Carroll Technical Institute, 1996
- BioMechanics For Traffic Accident Reconstruction, Texas A & M, 1997
- HVE-2D Forum, Engineering Dynamics Corporation, 1998
- Crush Damage and Energy Relationship, Texas A & M, 1999
- Crash Data Recorder Certification, Vetronix Corporation, 2000
- Vericom Seminar For VC3000 Accelerometer, 2002
- 2002 Roadside Design Guide, University of Maryland, 2002
- NAFE Forensic Engineering Seminar, 2003
- PC Crash Seminar, Macinnis Engineering, 2004
- Vehicle Accident Reconstruction Methods, SAE, 2006
- Temporary Traffic Control Workshop, Dec 2007
- CDR Technician Re-Certification, Jan 2008
- NAFE Forensic Engineering Seminar, 2006, 2007, 2009, 2010
- Specialized Training for AutoCad Civil 3D, Repro Products, July 2009
- Field To Finish Seminar For AutoCad3D2010, Repro Products, Dec 2009
- Crash Data Recorder Conference, Houston, Tx, Jan 25-27, 2010
- Advanced Crash Reconstruction Seminar, NAFE, July 2010
- McTrans, University of Florida, Highway Capacity Manual, 2010, Sept 2010
- Sign Retroreflectivity, Standards, Tests and Methods, Auburn Univeristy, April, 2011
- ARC-CSI Crash Conference, Las Vegas, May 23-26, 2011
- Fundamentals of Road Design, Auburn University, June 1, 2011
- ARAS360 Advanced 3D Computer Diagramming for Crash Reconstruction, July 2011
- ARAS360 Wreck Animation Using HD - Momentum, May 1-3, 2012
- Traffic Barrier/End Treatment Design, Auburn University, Sept 19, 2012
- Mechanical Engineering Conference, Auburn University, Nov 5, 2012
- ARC-CSI Crash Conference, Las Vegas, May 13-16, 2013
- Mechanical  Engineering Conference, Auburn University, Oct 13-14, 2013
- Maintenance of Local Roads, Auburn University, March 20, 2014
- Designing Pedestrian Facilities For Accessibility, Auburn University, May 9, 2014
- ARC-CSI Crash Conference, Las Vegas, June 1-5, 2014
- TIME Conference, Young Harris, Ga  Sept 28-29, 2014

Page 5


EXHIBIT A

Herman Hill, P.E.                                                                          April 29, 2022
Curriculum Vitae

- FARO Conference, Orlando, FL, Oct 13-15, 2014
- Crash Data Recorder Conference, Houston, Tx, Jan 24-28, 2015
- Topcon GLS 2000 Training Seminar, Feb 12-13, 2015
- ARC-CSI Crash Conference, Las Vegas, June 1-4, 2015
- Roadside Safety Design & Requirements, Auburn University, September 4, 2015
- Rural Roads Safety Conference, Auburn University, Oct 6-7, 2015
- GTLA Expert Webinar Speaker, Jan 22, 2016
- WREX 2016 Reconstruction Conference, June 1-6, 2016
- Heavy Truck Engine Diagnostic Recorder Download/Interpertation, Univ of Tulsa, June 13-17, 2016
- Project Management Seminar, Auburn University, Aug 19, 2016
- AutoCad Seminar Update for New Functions/Applications In 3D Modeling, Dec 20, 2016
- Stormwater Design Seminar, Auburn University, Hunstville, AL, March 13, 2017
- Engineering Ethics: Objectivity and Truthfulness, NSPE, April 19, 2017
- Safety Fundamentals, Safety Data, ITE, May 11, 2017
- Auburn Seminar, How to Keep Your Agency Out of Court, Auburn University, June 8, 2017
- Safety Fundamentals, The Road Environment, ITE, June 22, 2017
- Ga Section ITE Summer Seminar, St Simons, July 15-19, 2017
- Safety Fundamentals, Safety for all Road Users, July 20, 2017
- National Academy Forensic Engineers, Atlanta, July 21-23, 2017
- ARC-CSI Crash Conference, Las Vegas, NV, Sept 17-21, 2017
- Rural Roads Safety Conference, Guntersville, Auburn University, Oct 3-5, 2017
- Vulnerable Road Users Seminar, Pelham, Auburn University, Jan 26, 2018
- Symposium on Traffic Safety, IPTM, Orlando, FL, May 21-24, 2018
- Aphalt Inspection and Maintenance, Auburn University, June 28, 2018
- Work Zone Risk Management, Lessons Learned, ITE, Sept 27, 2018
- Rural Roads Safety Conference, Guntersville, Auburn University, Oct 2-4, 2018
- Roadway Departures, Auburn University, Oct 25, 2018
- Wrong Way Drivers, Auburn University, Dec 12, 2018
- Work Zone Course Training Certificate, NSC, Dec 18-19, 2018
- Pedestrian Safety Systems, Auburn University, April 3, 2019
- FAA Ground School Unmanned Aircraft, April 6-7, 2019
- Symposium on Traffic Safety, IPTM, Orlando, FL, June 2-5, 2019
- Erosion Control Fundametals, Auburn University, July 9, 2019
- National Safety Council, Work Zone Fundamentals For Supervisors, Sept 12, 2019
- Fundamentals of GPS Field Surveys, Carlson Instrument Training, Dec, 2019
- Work Zone Traffic Control Fundamentals, Instructor Update, Jan 23-24, 2020
- Alabama Transportation Conference, Feb 10-11, 2020
- National Society of Professional Engineers Drone Webinar, April 9, 2020
- National Society of Professional Engineers, Ethics Webinar, April 9, 2020
- Roundabouts in the MUTCD, Transportation Research Board, April 13, 2020
- Work Zone Basics & Traffic Control Devices, Florida LTAP, April 28, 2020
- Work Zone Plans & Liability Issues, Florida LTAP, April 30, 2020
- Turboroundabouts, What Are They and How Can They Help You?, Ga Section ITE, April 30, 2020
- Strategic Highway Research Program Research Results Update, May 21, 2020
- Transportation Research Board Traffic Changes in COVID-19 World, June 3, 2020
- National Academy of Foresnic Engineers, Summer Seminar, Virtual Conference, July 1-2, 2020
- NAPARS Joint Fall Virtual Conference, Oct 5-13, 2020
- Alabama Road Safety Conference, Virtual, Oct 21-22, 2020
- Work Zone Crash Modification Factors, Iowa State University, Jan 2021
- NAFE Winter Conference, Virtual, Jan 8-10, 2021
- Alabama Transportation Conference, Feb 9-11, 2021
- FAA Drone Safety Webinar, Virtual, March 1, 2021
- NCUTCD Regulatory/Warning Signs Committee, March 2-5, 2021
- Texting While Driving, TRB Webinar, March 8, 2021
- Transportation Research Board, Texting While Driving, March 15, 2021
- FAA – Part 107 Webinar Regarding Revision of Drone Rules, March 18, 2021
- Federal Highway Admin/MUTCD Seminar, March 18, 2021
- Land Development and Access Techniques, Florida LTAP, April 15, 2021

**EXHIBIT A**


Herman Hill, P.E.                                                                    April 29, 2022
Curriculum Vitae

- National Access Management Resources, Florida LTAP, April 22, 2021
- Transportation Research Board, ACP P55 Committee Meeting, May 5, 2021
- North Carolina Flood Protection Services Seminar, May 13, 2021
- Symposium on Traffic Safety, Orlando, FL, June 21-23, 2021
- Signalized Intersection Safety, Florida LTAP, August 4, 2021
- Meeting of TRB Committee E58 Traffic Control Devices, August 11-12, 2021
- Public Speaking Skills for Engineers, August 17, 2021
- 2018 Florida DOT Geometric Design Updates, August 24, 2021
- Pedestrian Safety Webinar, FHWA September 1, 2021
- B$UFLY Drone Webinar on New Computer Approval for Flights, September 16, 2021
- Pavement Markings, Types, Installation, Function, Maintenance, ITE, October 7, 2021

## WORKSHOPS TAUGHT:
- National Safety Council, Work Zone Class, January, 2020
- National Safety Council, Work Zone Class, February, 2020
- National Safety Council, Work Zone Class, February, 2020
- National Safety Council, Work Zone Class, March, 2020

## GENERAL:

Past community involvement such as:  Rotary Club; United Way; March of Dimes

## FEES:

Engineering Services: $235/hr plus expenses
Depositions/Trial:  $250/hr     $1850 Retainer
Trial Wait Time: $240/hr        Travel Time: $100/hr + $0.60/mile
Equipment Fee:  Scanner $250;  Drone $300;  GPS Rover $300
Penalty fees of 5% added to invoices over 30 days

**EXHIBIT A**